**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 19, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BILLY RAY MASON,

    Defendant - Appellant.

No. 25-7097
(D.C. No. 6:09-CR-00100-RAW-1)
(E.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]
_____

This matter is before the court on Appellant Billy Ray Mason's *Unopposed Motion to Remand*, in which Appellant Mason requests to vacate the revocation sentence imposed by the district court and to remand this matter for resentencing. Appellee United States does not oppose the motion.

Upon consideration, Appellant's motion to remand is granted as follows.

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on an unopposed motion to remand for resentencing, the panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

This matter is remanded to the district court with instructions to vacate the revocation sentence and to conduct any and all proceedings necessary to resentence Billy Ray Mason in accord with Appellant's *Unopposed Motion to Remand*.

This appeal is dismissed. The mandate shall issue forthwith.

Entered for the Court

Per Curiam